UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:23-mj-1104-NPM

TIMOTHY CRAIG JOLLOFF
LISA ANN JOLLOFF

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case to both counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/Trent Reichling
TRENTON REICHLING
Assistant United States Attorney
Florida Bar No. 0084601
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone:  (239) 461-2200
Facsimile:  (239) 461-2219
E-mail: Trenton.Reichling@usdoj.gov



FILED
JUN 1 4 2023
Clerk, US District Court
Middle District of Florida
Fort Myers, Florida