UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.                                                                Case No. 2:23-mj-1104-NPM

**TIMOTHY CRAIG JOLLOFF**

| | | | |
|---|---|---|---|
| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Trenton Reichling |
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Beatriz Vazquez |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Ruben Fournier |
| **Date/Time** | June 16, 2023 2:00 PM | **Interpreter** | |
| **Bench Time** | 7 minutes | | |

**<u>Initial Appearance</u>**

Court advised Defendant of rights. Attorney Beatriz Vazquez appearing for defendant on a limited appearance.

Government summarized allegations and penalties. Oral DPPA order.

**<u>Detention</u>**

Government is not seeking detention. Court orders defendant released with conditions. Defendant waives a preliminary hearing.