AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:23-mj-1104- NPM |
| TIMOTHY CRAIG JOLLOFF | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      TIMOTHY CRAIG JOLLOFF

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, in violation of 18 U.S.C. § 1343;
Conspiracy to Commit Money Laundering, in violation of 18 U.S.C.§ 1956(h); and
Illegal Monetary Transactions, in violation of 18 U.S.C. § 1957.

**FILED**

JUN **1 6** 2023

Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

Date:      06/14/2023

*Issuing officer's signature*

City and state:      Fort Myers, Florida

Nicholas P. Mizell, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  06-14-23 , and the person was arrested on *(date)*  06/16/23 at *(city and state)*  Ft. myers, FL . |
| Date:   06-16-23 |
| *Arresting officer's signature* |
| Terry Nevret   Special Agent |
| *Printed name and title* |