UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                    CASE NO: 2:23-cr-79-TPB-NPM

TIMOTHY CRAIG JOLLOFF
LISA ANN JOLOFF

| JUDGE: | Thomas P. Barber | COUNSEL FOR GOVERNMENT | Jesus Casas |
|---|---|---|---|
| DEPUTY CLERK: | Juan Garcia Gonzalez | COUNSEL FOR DEFENDANT: | PAUL D. PETRUZZI |
| COURT REPORTER | Michael McDaniel | PRETRIAL/PROBATION | Kelly Hicks |
| DATE/TIME | February 14, 2025 | Interpreter | N/A |

## Sentencing

Start Time    10:34 am

Court calls case. Counsel enters appearances.

Court advises of charges. Court previously accepted the defendant's plea and adjudged defendants guilty as to Counts reflected in plea agreements. (Doc No. ## 87, 89). Counts 2, 13, & 23 of the Indictment as to Timothy Craig Jolloff; Count 12 of the Indictment as to Lisa Ann Jolloff.

The Court adopts the facts contained in the PSR and reviews the total offense level, potential penalties, and sentence with the defendant.

Mr. Casas makes recommendations and arguments. Mr. Petruzzi makes recommendations and arguments.

The Court continues sentencing to April 17, 2025.

End time: 9:06 am
Time in Court: 32 minutes