UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:23-CR-00079-TPB-NPM

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| TIMOTHY CRAIG JOLLOFF, and LISA ANN JOLLOFF | : |
| Defendant. | : |

## MOTION TO EXTEND SURRENDER DATE

The Defendants, TIMOTHY CRAIG JOLLOFF and LISA ANN JOLLOFF, pursuant to Local Rule 7.6, respectfully requests this Court grant an extension of their surrender date, which is currently set for April 23, 2025. In support, the Defendant states as follows:

1. On April 10, 2025, Mr. Jolloff was sentenced to 97 months of imprisonment, followed by 60 months of supervised release, and Mrs. Jolloff was sentenced to 36 months of imprisonment, followed by 36 months of supervised release. (DE 117). Mr. Jolloff and Mrs. Jolloff are presently ordered to surrender on April 23, 2025. (DE 120).

2. The Jolloffs are requesting that this Court extend their surrender by 30 days and specifically to May 23, 2025, to finish getting their affairs in order as they have encountered several difficulties in doing so.

3. Pursuant to Local Rule 88.9, the Assistant United States Attorney Jesus M. Casas opposes the instant request.

**WHEREFORE**, TIMOTHY CRAIG JOLLOFF and LISA ANN JOLLOFF, pursuant to Local Rule 7.6, respectfully requests this Court grant an extension of their surrender date, which is currently set for April 23, 2025, to May 23, 2025.

Respectfully submitted,

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
PH 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile:  (305) 373-3832
Email: petruzzi-law@msn.com

By:   **/s/   Paul Petruzzi**
      **PAUL D. PETRUZZI, ESQ.**
      Florida Bar No. 0982059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2025, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

By:   **/s/   Paul Petruzzi**
      **PAUL D. PETRUZZI, ESQ.**
      Attorney for Defendant